UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

Zachary Ryan Savage, § Case No. 24-10321-smr

Debtor

Chapter 7

John Patrick Lowe, Trustee,
    Movant

v.

Zachary Ryan Savage,
    Respondent

## Objection to Claim of Exemption

TO ALL PARTIES IN INTEREST:

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

COMES NOW John Patrick Lowe, Trustee, and makes and files this objection and in support thereof respectfully represents to the Court as follows:

1.

The Movant is the Trustee in this Chapter 7 case. The case was commenced on March 28, 2024 as a Chapter 7 case and since that date has remained pending under that Chapter. This pleading is filed by right of 11 United States Code §§522(l) and 704 and Federal Rule of Bankruptcy Procedure 4003(b)(1). The meeting of creditors was held, that is, concluded, on May 17, 2024. This objection is filed within 30 days of the conclusion of the meeting of creditors.

**2.**

The Trustee objects to the claim of exemption in the 2021 Chevrolet commercial van. That asset is not an asset of the bankruptcy estate. It is rather owned, the Debtor says, by Carter Savage Holdings LLC, a separate legal entity. The Debtor discloses as another asset of his estate a 50% interest in the business entity Carter Savage Holdings LLC. Docket 1, page 14, asset 19. The interest in that entity is and remains an asset of the bankruptcy estate. The van is an asset owned by the business entity rather than by the Debtor.

**3.**

The authority for the requested relief is 11 United States Code §522(b)(1). It provides that exemptions may be claimed "from property of the estate". If an asset is not an asset of the bankruptcy estate, no exemption might be claimed in that asset.

**4.**

The Trustee might have other objections to other claims of exemption. He moves that the Court's ruling on this objection not prohibit other timely objections to other claims of exemption.

WHEREFORE, premises considered, the Trustee requests the Court to enter an order as requested denying the claim of exemption of the 2021 Chevrolet commercial van, and for such other and further relief, at law or in equity, as to which he may be justly entitled.

DATED: May ___, 2024.

Respectfully submitted,

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, TX 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

## Certificate of Service

This is to certify that a true and correct copy of the above and foregoing Objection to Claim of Exemption, and proposed Order, have been served to the attached Service List below, by First Class mail, postage prepaid; by the CM/ECF system; or by electronic mail within 2 days of the electronic filing of this Objection on this the 28th day of May 2024.

_____
Patrick Lowe